01
02
03
04
05
06                         UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08  UNITED STATES OF AMERICA,           )
                                        )  CASE NO. MJ 14-369
09          Plaintiff,                  )
                                        )
10          v.                          )
                                        )  DETENTION ORDER
11  ARMANDO CAMPNEST,                   )
                                        )
12          Defendant.                  )
    _____)
13

14  <u>Offense charged</u>:     Conspiracy to Distribute and Possess with Intent to Distribute 50 grams

15  or more of Methamphetamine; Aiding and Abetting in the Possession with Intent to Distribute

16  50 grams or more of Methamphetamine

17  <u>Date of Detention Hearing</u>:   September 22, 2014.

18       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

20  that no condition or combination of conditions which defendant can meet will reasonably

21  assure the appearance of defendant as required and the safety of other persons and the

22  community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant has been indicted in the Western District of Texas on the above-referenced charges. He was arrested in this District, has waived an identity hearing, and an Order of Transfer has been signed.

3. Defendant has few ties to this District and was not able to provide a verification source for his background information. His ties are primarily to Texas. Defendant reports physical and mental health issues, as well as regular use of marijuana and a history of the alleged use of other controlled substances including crack cocaine. The AUSA proffers information that the defendant served as a courier for one of the most violent drug cartels in Mexico, and that defendant is alleged to have driven at least 20 loads of drug to multiple locations around the country. When arrested, he is alleged to have been caught with 31 pounds of methamphetamine.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 22nd day of September, 2014.

*(signature)*

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3